DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY KLAYMAN,**
Appellant,

v.

**PGA TOUR,** et al.,
Appellees.

No. 4D2025-1080

[February 26, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, II, Judge; L.T. Case No. 502022CA006587.

Larry Klayman, Boca Raton, pro se.

Lawrence D. Silverman and Kyle Tanzer of Sidley Austin LLP, Miami, for Appellees PGA Tour and Joseph William Monahan, IV.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***